IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLIN MOYNIHAN, | : | CIVIL ACTION |
| | : | NO. 17-772 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RITE AID CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **8th** day of **August, 2018**, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 99) is **DENIED** and Defendant's Motion for Summary Judgment (ECF No. 98) is **GRANTED** and**.** It is **FURTHER ORDERED** that the Clerk shall mark the case as closed.

    **AND IT IS SO ORDERED.**

                                      s/Eduardo C. Robreno
                                      _____
                                      **EDUARDO C. ROBRENO, J.**